UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JOSE JAIME CABRERA-CHAVEZ,

    Petitioner,

v.

KRISTI NOEM, Secretary
U.S. Department of Homeland Security, *et al.*,

    Respondents.

Case No. 8:26-cv-00226-GLR

## ORDER

Upon consideration of the Petition for Writ of Habeas Corpus (ECF 1) (the "Petition"), the Notice filed by the Parties, the entire record in this case, the previous opinions of this Court in *Velasquez v. Noem*, No. 25-cv-3215-GLR, 2025 WL 3003684 (D. Md. Oct. 27, 2025); *Villanueva Funes v. Noem*, No. 25-cv-3860-TDC, 2026 WL 92860 (D. Md. Jan. 13, 2026) and *Leal-Hernandez v. Noem,* No. 25-cv-02428-JRR, 2025 WL 2430025, at *8 (D. Md. Aug. 24, 2025), and the reasoning of the Central District of California in *Maldonado Bautista v. Noem*, 5:25-CV-01873-SSS-BFM, 2025 WL 3678485 (C.D. Cal. Dec. 18, 2025), I find that no further briefing is necessary, and the Petition can be decided without a hearing. It is hereby:

**ORDERED**, that the Motion for Temporary Restraining Order is denied; and it is further

**ORDERED**, that the Petition is **GRANTED** in part, insofar as I find that the Petitioner is entitled to the relief set forth below, and is **DENIED** as to any further relief at this time:

1. Petitioner is detained under 8 U.S.C. § 1226(a) and Respondents are enjoined from detaining Petitioner under 8 U.S.C. § 1225(b);

2. Petitioner is entitled to a bond hearing consistent with 8 C.F.R. §§ 236.1(d), 1003.19 and 1236.1(d), which shall be held within 10 days of the Petitioner's filing of a motion with the Immigration Court;

3. The bond hearing may be conducted by any Immigration Judge with jurisdiction or administrative control over Petitioner's detention and need not take place in Maryland;

4. The Petitioner shall file a status report with the Court if a bond hearing is not held by an Immigration Judge within 10 days of his filing of a motion for a bond hearing;

5. Petitioner's request for attorney's fees and costs is denied.

**ORDERED** that the Court shall **RETAIN** jurisdiction of this matter to enforce compliance with this Order.

Dated:   1/26/26                                        /s/
                                                    The Honorable George Levi Russell, III
                                                    Chief, United States District Court Judge